In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00361-CV**
_____

**IN RE PAUL J. MISSICK**

**Original Proceeding**
**County Court of San Jacinto County, Texas**
**Trial Cause No. P2025-24**

## MEMORANDUM OPINION

Before we issued an opinion in this matter, Relator, Paul J. Missick, filed a notice that he no longer seeks mandamus relief. Accordingly, we dismiss the petition for a writ of mandamus without regard to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on October 15, 2025
Opinion Delivered October 16, 2025

Before Johnson, Wright and Chambers, JJ.

1